UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                    Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF
TRANSPORTATION,

                    Defendant.

26-CV-105 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 17, 2021, the Court barred Plaintiff from filing any new civil actions in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *Caldwell v. Cohen*, No. 21-CV-5039, 12 (S.D.N.Y. Aug. 17, 2021). Plaintiff filed this new *pro se* action without seeking leave to file or submitting an IFP application, and he states in his complaint that he is "not economically prepared to pay" the filing fee. (ECF 1 at 18.) The Court construes the complaint as seeking IFP status, and dismisses this action without prejudice for Plaintiff's failure to comply with the Court's August 17, 2021 order in *Caldwell*, No. 21-CV-5039.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:    January 13, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge