UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
TRANSPORTATION,

                Defendant.

26cv105 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 13, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    January 16, 2026
          New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
               Chief United States District Judge